UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated, | Case No. 1:19-cv-11643 |
| Plaintiff, | CIVIL ACTION |
| v. | |
| ZUNGLE, INC. | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: May 13, 2020                              Respectfully Submitted,

                                                 */s/David Paul Force*
                                                 David Paul Force Esq.
                                                 **Stein Saks, PLLC**
                                                 285 Passaic Street
                                                 Hackensack, NJ 07601
                                                 dforce@steinsakslegal.com
                                                 Tel. 201-282-6500
                                                 Fax 201-282-6501
                                                 *Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 13th day of May, 2020      Respectfully Submitted,

                                            */s/ David Paul Force*
                                            David Paul Force